Ferd Walter GERWULF, Appellant,

v.

UNITED STATES of America.

No. 16275.

United States Court of Appeals
Eighth Circuit.

June 30, 1959.

Ferd Walter Gerwulf, pro se.

Roy L. Stephenson, U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Motion of appellee to docket and dismiss appeal sustained and appeal from District Court docketed and dismissed.

C. B. SIMMONS, etc., et al.

v.

Joseph H. DUPLER et al.

No. 6036.

United States Court of Appeals
Tenth Circuit.

Feb. 26, 1959.

Ellery, Hickey, Rooney & Walton, Cheyenne, Wyo., for appellants.

Brown, Healy, Drew, Apostolos & Barton, Casper, Wyo., for appellees.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties. D.C., 163 F.Supp. 535.

George LAVENDER

v.

Ralph M. ROUNDS.

No. 6122.

United States Court of Appeals
Tenth Circuit.

March 13, 1959.

Moise, Sutin & Jones, Albuquerque, N. M., for appellant.

Foulston, Siefkin, Schoeppel, Bartlett & Powers, Wichita, Kan., and Rodey, Dickason, Sloan, Akin & Robb, Albuquerque, N. M., for appellee.

Before BRATTON, Chief Judge.

PER CURIAM.

Dismissed pursuant to stipulation of the parties.

STANDARD INSURANCE COMPANY, a corporation,

v.

Floyd M. BLAIR et al.

No. 6091.

United States Court of Appeals
Tenth Circuit.

March 24, 1959.

Howell & Smith, Oklahoma City, Okl., for appellant.

Duvall & Head and Cargill, Cargill & Chiaf, Oklahoma City, Okl., for appellees.

Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.